**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | SALTY SAILOR, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Bread & Wine<br>DBA  Bread & Wine Restaurant and Market |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1886295 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 3732-34 West Irving Park Road<br>Chicago, IL 60618 | c/o Lisa Fosler Kelly<br>4033 W Waveland Ave<br>Chicago, IL 60641 |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Cook | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.breadandwinechicago.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | SALTY SAILOR, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | Jennifer Wisniewski | Relationship | Former Affiliate |
|---|---|---|---|---|
| | District | Northern District of Illinois | When | 1/31/18 | Case number, if known | 18-02677 |

| Debtor | SALTY SAILOR, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | SALTY SAILOR, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 11, 2018
                MM / DD / YYYY

X _____        Lisa Fosler Kelly
Signature of authorized representative of debtor        Printed name

Title    Sole Managing Member

**18. Signature of attorney**

X _____        Date    June 11, 2018
Signature of attorney for debtor                        MM / DD / YYYY

Howard L. Adelman, Esq. #0015458 IL
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone    312-435-1050        Email address    hla@ag-ltd.com

#0015458 IL IL
Bar number and State

**WRITTEN CONSENT OF THE SOLE MANAGING MEMBER OF**
**SALTY SAILOR, LLC AND WAIVER OF NOTICE IN CONNECTION THEREWITH**

The undersigned, constituting the sole managing member (the "Member") of Salty Sailor, LLC, an Illinois limited liability company, d/b/a Bread & Wine Restaurant and Market (the "Company"), in accordance with the Illinois Limited Liability Company Act, 805 ILCS 180/1-1 *et seq.*, as amended (the "Act"), and the Company's operating agreement, at a special meeting of the Member held on June 11, 2018, does hereby adopt the following resolutions:

WHEREAS, for some time the Company has suffered from severe financial strain associated with cash-flow shortages and other problems;

WHEREAS, despite efforts by the Member and management of the Company, the Company remains unable to operate at a net profit;

WHEREAS, the Company is currently without the operating capital necessary to operate its business and cannot continue to operate its business;

WHEREAS, as a result of the Company's financial difficulties, the Company ceased doing business on or about May 15, 2018;

WHEREAS, despite efforts to do so, management of the Company has been unable to obtain the financing or equity infusion necessary to continue operating the Company as a going concern or to effectuate a going-concern sale of the Company under Chapter 11 of the United States Bankruptcy Code;

WHEREAS, the Company is desirous of taking the steps necessary to maximize the expeditious and fair payment of indebtedness due to its creditors;

WHEREAS, the Member, in consultation with legal counsel of the Company, has determined that it is in the best interests of the Company and its creditors to commence a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Case"); and

WHEREAS, as a result of the withdrawal, resignation, and abandonment of membership interests by former managing member Jennifer L. Wisniewski, notice of which was provided to the Company on or about May 3, 2017, the Company and the Member have concluded that the Member is the sole managing member of the Company, and is duly empowered, pursuant to the Act and the Company's operating agreement, to take all actions described herein;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company commence the Chapter 7 Case;

945251v1

1

RESOLVED, FURTHER, that the managers and/or officers of the Company be and are hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify a petition under Chapter 7 of the United States Bankruptcy Code, and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division; and

RESOLVED, FURTHER, that the managers and/or officers of the Company be and are hereby authorized to execute and cause to be filed all petitions, schedules, lists and other papers, and to take any and all action which they deem necessary or proper in connection with such proceedings under the Chapter 7 Case, and in that connection, to retain and employ all assistance by legal counsel or otherwise which they may deem necessary or proper with a view to the successful conclusion of such proceedings.

This consent: (a) is executed by the Member in her capacity as such; and (b) may be executed by facsimile or email transmission, which when so executed will be deemed to be an original. The Member hereby waives any notice requirements with respect to the special meeting under the Act and the Company's operating agreement.

IN WITNESS WHEREOF, the undersigned has executed this consent of the sole managing member of Salty Sailor, LLC, an Illinois limited liability company, as of this 11th day of June, 2018.

_Lisa F Kelly_                                   Date Executed: _6-11-18_
Lisa Fosler Kelly, being the sole
managing member of Salty Sailor, LLC

2

945251v1

Fill in this information to identify the case:

Debtor name    SALTY SAILOR, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 11, 2018    X _____
Signature of individual signing on behalf of debtor

Lisa Fosler Kelly
Printed name

Sole Managing Member
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    SALTY SAILOR, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................................    $     0.00

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................................    $     27,358.15

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................................................    $     27,358.15

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     69,661.19

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     173,566.37

4.    **Total liabilities** ...........................................................................................................
     Lines 2 + 3a + 3b      $     243,227.56

**Fill in this information to identify the case:**

Debtor name    SALTY SAILOR, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wintrust Bank (balance as of 6/5/18) | Business Checking | 7999 | $119.04 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $119.04

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Security deposit pursuant to commercial lease between The Iver Clarence Johnson Trust dated June 24, 2004 and The Janet Lee Johnson Trust dated June 24, 2004 as lessors, and Salty Sailor, LLC, an Illinois limited liability company, as Lessee | $6,662.00 |
|---|---|---|
| 7.2. | Security deposit held by Empire Cooler Service, Inc. for lease of Refurbished True GDM-37 Sliding Door Merchandiser; lease terminated on May 4, 2016. | $125.00 |
| 7.3. | Security deposit held by Empire Cooler Service, Inc. for lease of Continental UCF-48 freezer and Hoshizaki under-counter ice machine , model no. KM-260 BWH; lease terminated on May | $430.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | SALTY SAILOR, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

4, 2016.

| 7.4. | ComEd utility deposit. | $1,300.00 |
|---|---|---|

| 7.5. | People's Gas utility deposit. | $972.00 |
|---|---|---|

| 7.6. | Deposit held by Windy City Distribution. | $60.00 |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Overpayment to Illinois Department of Employment Security (amount is approximate). | $500.00 |
|---|---|---|

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$10,049.00

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11b. Over 90 days old: | 8,567.00 | - | 8,567.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

| Debtor | SALTY SAILOR, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| Assorted spices, oils, vinegars, dry goods, syrups, honey (partially full containers).  Value estimated without professional appraisal. | 5/22/18 | Unknown | Replacement | $0.00 |
| Assorted spices, oils, vinegars, dry goods, juice (full containers).  Value estimated without professional appraisal. | 5/22/18 | Unknown | Replacement | $56.00 |

**20.**  **Work in progress**

**21.**  **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| Assorted cans of soft drinks - approximately 2.5 cases.  Value estimated without professional appraisal. | 5/22/18 | Unknown | Replacement | $22.50 |
| Assorted cans of juice - approximately 1 case.  Value estimated without professional appraisal. | 5/22/18 | Unknown | Replacement | $17.87 |
| Assorted cans and bottles of beer - approximately 30.  Value estimated without professional appraisal. | 5/22/18 | Unknown | Replacement | $20.93 |
| Assorted full bottles of wine and liquor - approximately 12.  Value estimated without professional appraisal. | 5/22/18 | Unknown | Replacement | $154.68 |
| Assorted partial/opened bottles of liquor - approximately 44. | 5/22/18 | Unknown | Replacement | Unknown |

**22.**  **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| Assorted paper products.  Value estimated without professional appraisal. | 5/22/18 | Unknown | Replacement | $23.83 |
| Assorted cleaning supplies.  Value estimated without professional appraisal. | 5/22/18 | Unknown | Replacement | $54.78 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   SALTY SAILOR, LLC                                    Case number *(If known)*
_____
Name

Plastic wrap, foil, gloves
(open/partial containers).
Value estimated without
professional appraisal.        5/22/18              Unknown    Replacement           $0.00

---

23. **Total of Part 5.**                                                        | $350.59 |

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Two chairs, bookcase.  Value estimated without professional appraisal. | Unknown | Replacement | $43.95 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Stereo receiver, printer, shredder.  Value estimated without professional appraisal. | Unknown | Replacement | $182.04 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                        | $225.99 |

    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  SALTY SAILOR, LLC                                    Case number *(If known)* _____
        Name

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Refurbished True GDM-37 Sliding Door<br>Merchandiser, leased from Empire Cooler<br>Service, Inc.; lease terminated on May 4, 2016. | Unknown | | $0.00 |
| Hoshizaki Under-Counter Ice Machine, Model No.<br>KM-260 BWH, leased from Empire Cooler<br>Service, Inc.; lease terminated on May 4, 2016. | Unknown | | $0.00 |
| Continental UCF-48 Freezer, leased from Empire<br>Cooler Service, Inc.; lease terminated on May 4,<br>2016. | Unknown | | $0.00 |
| Miscellaneous equipment owned by the debtor.<br>See attachment for itemized list.  Values are<br>estimated without professional appraisal. | Unknown | Replacement | $16,613.53 |

51.  **Total of Part 8.**                                               | $16,613.53 |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 5

| Debtor | SALTY SAILOR, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Restaurant property located at 3732-34 West Irving Park Road, Chicago, IL 60618, PIN Nos. 13-14-330-030-0000 and 13-14-330-031-0000. | Commercial Lease of real property expiring on May 31, 2021 | Unknown | | Unknown |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites**<br>breadandwinechicago.com | Unknown | | Unknown |
| **62.** **Licenses, franchises, and royalties**<br>Two liquor licenses. | Unknown | | Unknown |
| **63.** **Customer lists, mailing lists, or other compilations**<br>Email newsletter list. | Unknown | | Unknown |
| **64.** **Other intangibles, or intellectual property** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   SALTY SAILOR, LLC                        Case number *(if known)* _____
        Name

| | | | |
|---|---|---|---|
| 65. | **Goodwill** | | |
| | Miscellaneous goodwill. | Unknown | Unknown |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** American Family Insurance Worker's Compensation Policy, No. 2XL534490, effective from 7/25/17 through 7/25/18.  No known cash value. | $0.00 |
| | American Family Insurance Commercial Business Owner Policy, No. 12XL534410, effective from 7/16/17 through 7/16/18.  No known cash value. | $0.00 |
| | American Family Insurance Liquor Liability Policy, No. 12XL534409, effective from 7/16/17 through 7/16/18.  No known cash value. | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** Unliquidated claims against former managing member Jennifer Wisniewski, including conversion and breach of fiduciary duty. | Unknown |
| | **Nature of claim**      Tort | |
| | **Amount requested**      $0.00 | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | SALTY SAILOR, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    SALTY SAILOR, LLC
_____    Case number *(If known)* _____
Name

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $119.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,049.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $350.59 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $225.99 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $16,613.53 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $27,358.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $27,358.15 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**SALTY SAILOR, LLC**

ATTACHMENT TO SCHEDULE A/B, QUESTION 50:
MISC. EQUIPMENT OWNED BY SALTY SAILOR, LLC

| General Description | Valuation Method | Current Value[1] |
|---|---|---|
| Reach in freezer (1): | Replacement | $348.70 |
| Walk-in fridge w/shelves: | Replacement | $1414 |
| Reach in fridge (3) | Replacement | $869.97 |
| Shelving Units (5): | Replacement | $228.70 |
| Microwave (1): | Replacement | $28.88 |
| Toaster (1): | Replacement | $21.97 |
| Speed rack (1): | Replacement | $48.49 |
| Prep tables (4): | Replacement | $899.98 |
| Flat top (1): | Replacement | $490 |
| Stove/ovens (2): | Replacement | $1,722 |
| Fryer (1): | Replacement | $196.94 |
| Meat slicer (1): | Replacement | $66.97 |
| Portable fan (1): | Replacement | $141.91 |
| Metal chairs (47): | Replacement | $1588.60 |
| Mixer (1): | Replacement | $123.34 |
| Iron (1): | Replacement | $15.63 |
| Metal stools (20) | Replacement | $900 |
| POS Terminals (2-working) | Replacement | $199.90 |
| Hostess stand (1): | Replacement | 625.70 |
| Vitamix (1): | Replacement | $117.72 |

---

[1] All values are estimated without professional appraisal. Individual book values are not included, as the debtor does not maintain a balance sheet with this information.

| | | |
|---|---|---|
| Wood dining tables (10) | Replacement | $2299.90 |
| Folding tables (4): | Replacement | $191.96 |
| Forks, salad forks, teaspoons, soup spoons,spreaders, steak knives  (about 158 pieces) | Replacement | $107.44 |
| Glass water bottles (about 16) | Replacement | $83.36 |
| Mescal mule cups (about 10) | Replacement | $38.30 |
| Metal patio tables (5): | Replacement | $307.30 |
| Metal patio chairs (20): | Replacement | $591.80 |
| Wooden benches (2): | Replacement | $129 |
| Outdoor umbrellas (2): | Replacement | $55.98 |
| High chairs (4): | Replacement | $79.96 |
| Ladder (1): | Replacement | $102.02 |
| Planters (2): | Replacement | $64.08 |
| Hotel pans (about 9): | Replacement | $81 |
| Cambros/metal (about 18) | Replacement | $54 |
| Plastic storage (about 20) | Replacement | $50 |
| Metal spoons/assorted(about 10) | Replacement | $11.88 |
| Mixing bowls/assorted (about 16) | Replacement | $80.98 |
| Rubber spatulas (about 5) | Replacement | $9.66 |
| Squirt bottles (about 7) | Replacement | $7 |
| Ladles (about 7) | Replacement | $8.28 |
| Colanders (about 3) | Replacement | $14.33 |
| Tongs (about 12) | Replacement | $12 |
| Plastic cutting boards (about 4): | Replacement | $12 |
| Stockpots (about 5): | Replacement | $31.89 |

| | | |
|---|---|---|
| Bar ice bin (1): | Replacement | $55.68 |
| Assorted bar small ware: | Replacement | $38.78 |
| Other kitchen small ware: | Replacement | $75 |
| Assorted fry pans (about 16) | Replacement | $128.52 |
| Assorted pots (about 10): | Replacement | $48 |
| Coup & martini glasses (about 13) | Replacement | $20.15 |
| Small water glasses (about 44) | Replacement | $35.20 |
| Wine glasses (about 40) | Replacement | $48 |
| Beer sample trays (13) | Replacement | $15.73 |
| Pint glasses (about 15) | Replacement | $135 |
| Coffee cups (about 33) | Replacement | $19.80 |
| Brandy glasses (about 5) | Replacement | $6.30 |
| Other glasses (about 18) | Replacement | $16.30 |
| Sheet trays (assorted, about 23) | Replacement | $112.24 |
| Small pitchers (3) | Replacement | $10.74 |
| Small carafes (10) | Replacement | $10 |
| Glass coffee mugs (5) | Replacement | $4.85 |
| Creamers (about 20) | Replacement | $13.20 |
| Cheese presenters (about 24) | Replacement | $119.52 |
| Ice tea dispenser (1) | Replacement | $31.21 |
| Round bus trays (about 6) | Replacement | $18.30 |
| French press (5) | Replacement | $24.25 |
| Shot glasses (about 7) | Replacement | $39.20 |
| S&P shakers (4 sets) | Replacement | $8 |
| Small dip bowls (about 10) | Replacement | $7.90 |

| | | |
|---|---|---|
| Side cups/metal (about 25) | Replacement | $13.52 |
| Cereal bowls (about 23) | Replacement | $23.92 |
| Small plates (about 100) | Replacement | $83 |
| Large bowls (about 30) | Replacement | $46.50 |
| Pepper grinders (2) | Replacement | $10 |
| Large plates (about 14) | Replacement | $27.30 |
| Wine buckets (11) | Replacement | $86.79 |
| Glass votive holders (about 25) | Replacement | $12.25 |
| Large stand up mirror | Replacement | $32.81 |
| Small waste baskets (3) | Replacement | $6.88 |
| Medium trash cans (2) | Replacement | $12.50 |
| Large trash cans (5) | Replacement | $51.40 |
| Large champagne bucket | Replacement | $18 |
| Large beverage containers/glass (2) | Replacement | $25.56 |
| Small glass vases (about 29) | Replacement | $60.32 |
| Empty frames (about 35) | Replacement | $113.05 |
| Cookbooks (about 18) | Replacement | $105.30 |
| Small mirrors (2) | Replacement | $15.76 |
| Check presenters (about 12) | Replacement | $12.36 |
| Assorted baskets (about 7) | Replacement | $15.47 |
| Space heater | Replacement | $37 |
| Outdoor patio heater (1) | Replacement | $188.67 |
| Barrels (2-outside) | Replacement | $56 |
| Large glass vases (4) | Replacement | $17.68 |
| Throw pillows (5) | Replacement | $26.10 |

**TOTAL:**                                                          **$16,613.53**

**Fill in this information to identify the case:**

Debtor name    SALTY SAILOR, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **DLI Assests/Mybusinessloan.com**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>All personal property of corporation. | $69,150.96 | Unknown |

**2.1**   DLI Assests/Mybusinessloan.com
Creditor's Name

1150 Foothill Blvd.
La Canada, CA 91011
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/27/15

**Last 4 digits of account number**
5361

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. DLI Assests/Mybusinessloan.com
2. Rewards Network

**Describe debtor's property that is subject to a lien**
All personal property of corporation.

**Describe the lien**
Commercial Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $69,150.96    Value of collateral: Unknown

---

**2.2**   Rewards Network
Creditor's Name

2 N. Riverside Plaza
Suite 200
Chicago, IL 60606
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/23/14

**Last 4 digits of account number**
3312

**Describe debtor's property that is subject to a lien**
All personal property of corporation.

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: $510.23    Value of collateral: Unknown

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

| Debtor | SALTY SAILOR, LLC | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.1 | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $69,661.19 |

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Dealstruck, Inc. 1901 Camino Vida Roble Suite 120 Carlsbad, CA 92008 | Line 2.1 | |
| Direct Lending Investments, LLC 550 North Brand Blvd. 20th fl., Suite 2000 Glendale, CA 91203 | Line 2.1 | |
| Marc Lichtman, Esq. Lichtman Eisen Partners, Ltd. 134 N. LaSalle St., Suite 750 Chicago, IL 60602 | Line 2.1 | |
| Mybusinessloan.com, LLC 1901 Camino Vida Roble Suite 120 Carlsbad, CA 92008 | Line 2.1 | 5361 |
| National Commercial Services 6644 Valjean Ave Suite 100 Van Nuys, CA 91406 | Line 2.2 | 5337 |
| National Commercial Services PO Box 505 Linden, MI 48451-0505 | Line 2.2 | 5337 |

---

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 2 of 2

**Fill in this information to identify the case:**

Debtor name      SALTY SAILOR, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number 6295
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Total claim **Unknown**    Priority amount **Unknown**

**2.2**
Priority creditor's name and mailing address
Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number 6295
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Total claim **Unknown**    Priority amount **Unknown**

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | SALTY SAILOR, LLC | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

---

**3.1**

**Nonpriority creditor's name and mailing address**

Algis Augustine
1850 N Sedgwick
Chicago, IL 60614

**Date(s) debt was incurred** 9/19/11

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan to LLC.

Is the claim subject to offset? ☐ No ☐ Yes

$10,000.00

---

**3.2**

**Nonpriority creditor's name and mailing address**

American Express
PO Box 981555
El Paso, TX 79998

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Merchant financing.

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3**

**Nonpriority creditor's name and mailing address**

American Family Insurance
6000 American Pkwy
Madison, WI 53783

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance premiums.

Is the claim subject to offset? ☐ No ☐ Yes

$4,000.00

---

**3.4**

**Nonpriority creditor's name and mailing address**

ASCAP
PO Box 331608
Nashville, IL 37203

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6717

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Music licensing.

Is the claim subject to offset? ☐ No ☐ Yes

$380.78

---

**3.5**

**Nonpriority creditor's name and mailing address**

Asimow Landscaping
2334 W Argyle
Chicago, IL 60625

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services rendered

Is the claim subject to offset? ☐ No ☐ Yes

$2,991.25

---

**3.6**

**Nonpriority creditor's name and mailing address**

at properties
212 E Ohio
Suite 200
Chicago, IL 60611

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services rendered

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.7**

**Nonpriority creditor's name and mailing address**

AT&T
PO Box 6463
Carol Stream, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone/Cable/Internet

Is the claim subject to offset? ☒ No ☐ Yes

$500.00

---

| | |
|---|---|
| Debtor | SALTY SAILOR, LLC |
| | Name |

Case number (if known) _____

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

AT&T
PO Box 5014
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2320

**Basis for the claim:**  Telephone/Cable/Internet

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00

Bank of America
PO Box 982234
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  9355

**Basis for the claim:**  Visa Card.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Best Refrigeration
2600 W Peterson
Chicago, IL 60659

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Services rendered

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00

C. Ruffolo & Sons, Inc
3000 S Ashland
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,903.98

CACH, LLC/On-Deck Financing
901 N Stuart St
Suite 700
Arlington, VA 22203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Loan

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00

Chase
PO Box 15123
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Chase Ink Business Visa

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,200.00

Chase
PO Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8534

**Basis for the claim:**  Chase Visa

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | SALTY SAILOR, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

City of Chicago-Bus Affairs
121 N LaSalle St
Room 800
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  License/Permit Renewal Fees

**Last 4 digits of account number**  0569

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.00

City of Chicago-Water
PO Box 6330
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Water

**Last 4 digits of account number**  2493

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $900.00

ComEd
PO Box 6111
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Utility service.

**Last 4 digits of account number**  9022

Is the claim subject to offset? ☐ No ■ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Corporate Turnaround
95 North Route 17
Suite 310
Paramus, NJ 07652

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt restructuring services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Dave Odd Produce
6037 N Lawndale
Chicago, IL 60659

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.00

Direct TV
PO Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Television service

**Last 4 digits of account number**  2426

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Elavon
7300 Chapman HWY
Knoxville, TN 37920

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit card processing

**Last 4 digits of account number**  7049

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SALTY SAILOR, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address**

Empire Cooler Service, Inc.
940 W Chicago Ave
Chicago, IL 60642

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9103

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expired leases of refrigerators and ice maker.

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.23** | **Nonpriority creditor's name and mailing address**

Fortune Fish
PO Box 88477
Chicago, IL 60680

**Date(s) debt was incurred** _

**Last 4 digits of account number** EA30

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.24** | **Nonpriority creditor's name and mailing address**

Gail & Scott Fosler
4104 Woodbine St
Chevy Chase, MD 20815

**Date(s) debt was incurred** 10/18/11

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan to LLC.

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.25** | **Nonpriority creditor's name and mailing address**

Gilt City
250 Vesey Street, 21st Floor
New York, NY 10281

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Services rendered

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.26** | **Nonpriority creditor's name and mailing address**

Go Daddy
14455 N Hayden Rd
Suite 219
Scottsdale, AZ

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services rendered

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.27** | **Nonpriority creditor's name and mailing address**

Great American Cheese
1400 W 46th Street
Suite 202
Chicago, IL 60609

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$282.33

---

**3.28** | **Nonpriority creditor's name and mailing address**

Gregg Garofalo
161 N Clark Street
Suite 1600
Chicago, IL 60601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan to LLC.

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

| Debtor | SALTY SAILOR, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Groupon
600 West Chicago Ave
Suite 400
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services rendered__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00

Heritage Wine Cellars
6600 W Howard St
Chicago, IL 60714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Illinois Dept of Employment Security
33 S State St.
10th Fl
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee benefits__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Inner Security
418 Treasure Drive
Oswego, IL 60543

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Security monitor.__

**Last 4 digits of account number** _5266_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00

Intelligent Cleaning Solutions Inc.
833 62nd Street
Downer's Grove, IL 60516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Lease of commercial dishwasher and misc. trade debt.__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Intuit Inc.
2700 Coast Ave
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Quickbooks online.__

**Last 4 digits of account number** _6295_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Iver Clarence Johnson Trust
5304 N Milwaukee Ave
Chicago, IL 60630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent and other charges in connection with lease.__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | SALTY SAILOR, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address**
Janet Lee Johnson Trust
c/o Iver Clarence Johnson
9357 North Shermer
Morton Grove, IL 60053

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent and other charges in connection with lease.

Is the claim subject to offset? ☐ No ■ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**
Jennifer Wisniewski
4320 North Tripp
Chicago, IL 60641

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**
Lisa Fosler Kelly
4033 West Waveland
Chicago, IL 60641

**Date(s) debt was incurred**  2010 through April 2018

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loans to LLC.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**
Local Foods
1427 W Willow St
Suite 1
Chicago, Il 60642

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $1,555.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**
Louis Glunz Wines
630 Margate Dr
Lincolnshire, IL 60069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $1,300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**
Mahoney Environmental
37458 Eagle Way
Chicago, IL 60678

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services rendered

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address**
Meredith O'Sullivan
4061 W Warwick Ave
Chicago, IL 60641

**Date(s) debt was incurred**  9/26/11

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $5,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan to LLC.

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   SALTY SAILOR, LLC
_____
Name

Case number (if known)   _____

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Metropolis Coffee
3057 N Rockwell St
Bldg 1R
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Coffee and lease of coffee grinder and coffee maker.

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

Mickey's Linen
4601 W Addison Street
Chicago, IL 60641

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Linens, napkins, and aprons pursuant to lease that expired prepetition; all property returned to lessor.

**Last 4 digits of account number** 5749

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

MT Foods/Chef's Warehouse
2801 W Western Ave
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

Nigel Cheetham
63 Mohican PK Ave
Dobbs Ferry, NY 10522

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/29/12

**Basis for the claim:** Loan to LLC.

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Northwest Meats
351 N Justine Street
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,284.72 |
|---|---|---|---|

Open Table
954 W Washington
Suite 320
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Pastoral
2021 W Fulton St
K-114
Chicago, IL 60612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    SALTY SAILOR, LLC
_____    Case number (if known) _____
Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

People's Gas
PO Box 2968
Milwaukee, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2416_

**Basis for the claim:** _Utility services_

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.00 |
|---|---|---|---|

Quality Filter
554 Anderson Dr. H
Romeoville, IL 60446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services Rendered_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

R&F Refrigeration
45 N Lincoln Ave
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services Rendered_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.00 |
|---|---|---|---|

Republic Services
2608 S Damen Ave
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services rendered_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.96 |
|---|---|---|---|

Rose Pest Solutions
1809 W North Ave
Chicago, IL 60622

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _7746_

**Basis for the claim:** _Services rendered_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Sara Wisniewski
3920 N Dakin St
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Loan to LLC._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

Sears Credit Cards
PO Box 6282
Sioux Falls, SD 57117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5040_

**Basis for the claim:** _MasterCard._

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SALTY SAILOR, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

Service Inc Refrigeration
5638 N Elston Ave
Chicago, IL 60645

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Services rendered

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Silverware POS
450 East 22nd Street
Suite 176
Lombard, IL 60418

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Services rendered

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

Southern Glazers of IL
2971 Collection Center DR
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.58 |
|---|---|---|---|

Stuever & Sons
330 W Fay Ave
Unit B
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Services rendered

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

Temp4Sure
2900 N Central Ave
Chicago, IL 60634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Services Rendered

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

Testa Produce
4555 S Racine Ave
Chicago, IL 60609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

US Bank
PO Box 790288
St Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5361

**Basis for the claim:**  Business Reserve Line of Credit.

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | SALTY SAILOR, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**

Webster Powell
320 E Ohio St
Chicago, IL 60611

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $306.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services rendered

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65**

**Nonpriority creditor's name and mailing address**

William Knox, Esq.
Law Offices of William R. Knox
4407 N. Elston Ave
Chicago, IL 60630

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**

Windy City Distribution
1103 Butterfield Rd
Aurora, IL 60502

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3895

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67**

**Nonpriority creditor's name and mailing address**

Wintrust Bank
4343 N Elston Ave
Chicago, IL 60641

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7999

**As of the petition filing date, the claim is:** Check all that apply.                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Bank account, line of credit, debit card, overdraft protection.

Is the claim subject to offset? ☐ No  ■ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Illinois Department of Revenue<br>101 West Jefferson St<br>PO Box 19015<br>Springfield, IL 62794 | Line  2.2<br><br>☐ Not listed. Explain ____ |  6295 |
| 4.2 | Illinois Dept of Employment Security<br>Benefit Payment Control Division<br>PO Box 4385<br>Chicago, IL 60680 | Line  3.31<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Iver Clarence Johnson<br>9357 North Shermer<br>Morton Grove, IL 60053 | Line  3.35<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Media Collections, Inc.<br>8948 Canyon Falls Blvd.<br>Suite 200<br>Twinsburg, OH 44087 | Line  3.3<br><br>☐ Not listed. Explain ____ |  2100 |

---

| Debtor | SALTY SAILOR, LLC | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | Northland Group<br>PO Box 390900<br>Minneapolis, MN 55439 | Line  3.63<br><br>☐ Not listed. Explain ____ | 0704 |
| 4.6 | Stanley Joseph Czaja, Esq.<br>7521 N. Milwaukee Ave<br>Niles, IL 60714 | Line  3.35<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Stanley Joseph Czaja, Esq.<br>7521 N. Milwaukee Ave<br>Niles, IL 60714 | Line  3.36<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 173,566.37 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 173,566.37 |

**Fill in this information to identify the case:**

Debtor name     SALTY SAILOR, LLC

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal         Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Commercial Lease for real property located at 3732-34 West Irving Park Road, Chicago, Illinois. Expiring on May 31, 2021<br><br>Iver Johnson and Janet Johnson Trusts<br>9357 North Shermer Road<br>Morton Grove, IL 60053 |

**Fill in this information to identify the case:**

Debtor name _____ SALTY SAILOR, LLC _____

United States Bankruptcy Court for the: _____ NORTHERN DISTRICT OF ILLINOIS _____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Local Foods | ☐ D _____ <br> ■ E/F __3.39__ <br> ☐ G _____ |
| 2.2 Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | MT Foods/Chef's Warehouse | ☐ D _____ <br> ■ E/F __3.45__ <br> ☐ G _____ |
| 2.3 Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Iver Clarence Johnson Trust | ☐ D _____ <br> ■ E/F __3.35__ <br> ☐ G _____ |
| 2.4 Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Janet Lee Johnson Trust | ☐ D _____ <br> ■ E/F __3.36__ <br> ☐ G _____ |
| 2.5 Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Mahoney Environmental | ☐ D _____ <br> ■ E/F __3.41__ <br> ☐ G _____ |

| Debtor | SALTY SAILOR, LLC | | Case number *(if known)* | |

---

**▮ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Testa Produce | ☐ D _____ <br> ■ E/F  3.62 <br> ☐ G _____ |
| 2.7 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | American Express | ☐ D _____ <br> ■ E/F  3.2 <br> ☐ G _____ |
| 2.8 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Intelligent Cleaning Solutions Inc. | ☐ D _____ <br> ■ E/F  3.33 <br> ☐ G _____ |
| 2.9 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | US Bank | ☐ D _____ <br> ■ E/F  3.63 <br> ☐ G _____ |
| 2.10 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Silverware POS | ☐ D _____ <br> ■ E/F  3.58 <br> ☐ G _____ |
| 2.11 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Elavon | ☐ D _____ <br> ■ E/F  3.21 <br> ☐ G _____ |
| 2.12 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | CACH, LLC/On-Deck Financing | ☐ D _____ <br> ■ E/F  3.12 <br> ☐ G _____ |
| 2.13 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Open Table | ☐ D _____ <br> ■ E/F  3.48 <br> ☐ G _____ |

Debtor   SALTY SAILOR, LLC _____   Case number *(if known)* _____

▉   **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Mickey's Linen | ☐ D _____ <br> ■ E/F   3.44 <br> ☐ G _____ |
| 2.15 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | DLI Assests/Mybusinessloan.com | ■ D   2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.16 | Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Rewards Network | ■ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.17 | Lisa Fosler Kelly | 4033 West Waveland Chicago, IL 60641 | Iver Clarence Johnson Trust | ☐ D _____ <br> ■ E/F   3.35 <br> ☐ G _____ |
| 2.18 | Lisa Fosler Kelly | 4033 West Waveland Chicago, IL 60641 | Janet Lee Johnson Trust | ☐ D _____ <br> ■ E/F   3.36 <br> ☐ G _____ |
| 2.19 | Lisa Fosler Kelly | 4033 West Waveland Chicago, IL 60641 | Chase | ☐ D _____ <br> ■ E/F   3.14 <br> ☐ G _____ |
| 2.20 | Lisa Fosler Kelly | 4033 West Waveland Chicago, IL 60641 | MT Foods/Chef's Warehouse | ☐ D _____ <br> ■ E/F   3.45 <br> ☐ G _____ |
| 2.21 | Lisa Fosler Kelly | 4033 West Waveland Chicago, IL 60641 | Bank of America | ☐ D _____ <br> ■ E/F   3.9 <br> ☐ G _____ |

| Debtor | SALTY SAILOR, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 Lisa Fosler Kelly | 4033 West Waveland Chicago, IL 60641 | Chase | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.23 Lisa Fosler Kelly | 4033 West Waveland Chicago, IL 60641 | Sears Credit Cards | ☐ D _____ ■ E/F __3.56__ ☐ G _____ |
| 2.24 Lisa Fosler Kelly | 4033 West Waveland Chicago, IL 60641 | Wintrust Bank | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.25 Lisa Fosler Kelly | 4033 West Waveland Chicago, IL 60641 | CACH, LLC/On-Deck Financing | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.26 Jennifer Wisniewski | 4320 North Tripp Chicago, IL 60641 | Iver Johnson and Janet Johnson Trusts | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |
| 2.27 Lisa Fosler Kelly | 4033 West Waveland Chicago, IL 60641 | Iver Johnson and Janet Johnson Trusts | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name    SALTY SAILOR, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other | $175,673.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other | $554,588.00 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $650,827.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    SALTY SAILOR, LLC _____   Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Iver Clarence Johnson Trust<br>9357 N. Shermer<br>Morton Grove, IL 60053 | 3/16/18;<br>3/23/18;<br>3/30/18;<br>4/6/18;<br>4/13/18;<br>4/20/18;<br>4/25/18;<br>4/27/18 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Rent payments under<br>commercial lease. |
| 3.2. | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794 | Intermittently,<br>from 2/28/18<br>through<br>5/25/18. | $7,206.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Sales tax. |
| 3.3. | American Express Merchant Financing<br>PO Box 981555<br>El Paso, TX 79998 | Daily, from<br>2/1/18<br>through<br>closing of<br>restaurant on<br>5/14/18. | $12,902.44 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Iver Clarence Johnson Trust<br>5304 N Milwaukee Ave<br>Chicago, IL 60630<br>Debtor's landlord; rent payments<br>guaranteed by insider Lisa Fosler Kelly | Weekly<br>payments of<br>$1,500 from<br>6/11/17<br>through<br>3/13/18. | $58,500.00 | Rent payments under commercial lease. |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

Debtor   SALTY SAILOR, LLC                                    Case number (if known) _____

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. DLI Assets, LLC v. Salty Sailor, LLC et al.<br>2017-L-010992 | Breach of contract. | Circuit Court of Cook County<br>Richard J. Daley Center<br>50 West Washington Street<br>Chicago, IL 60602 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. MT Food Service, Inc. v. Salty Sailor, LLC et al.<br>16-M1-125237 | Breach of contract. | Circuit Court of Cook County, Muni. Dept<br>Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, IL 60602 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| Theft of copper wires from electrical box, resulting in food loss and repair costs. | $1,155.12 paid by American Family Insurance ($5,000 deductible). | 6/1/17 | $6,155.12 |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    SALTY SAILOR, LLC _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Corporate Turnaround 95 Route 17 South Paramus, NJ 07652 | | Intermittently, from May 2017 through May 2018. | $13,409.31 |
| | **Email or website address** www.corporateturnaround.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Adelman & Gettleman, Ltd. 53 W. Jackson Boulevard Suite 1050 Chicago, IL 60604-3107 | | 5/9/18; 6/8/18 | $10,000.00 |
| | **Email or website address** www.ag-ltd.com | | | |
| | **Who made the payment, if not debtor?** Mark Kelly ($2,500 payment on 5/9/18); Lisa Fosler Kelly ($7,500 payment on 6/8/18) | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    SALTY SAILOR, LLC _____    Case number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Names and email addresses of customers who have chosen to receive restaurant's email newsletter.

Does the debtor have a privacy policy about that information?

■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    SALTY SAILOR, LLC                      Case number *(if known)*

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

    | Name and address | Date of service<br>From-To |
    |---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   SALTY SAILOR, LLC _____   Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Lisa Fosler Kelly<br>4033 West Waveland<br>Chicago, IL 60641 | Certain Quickbooks records from previous years on a desktop computer have been corrupted and are therefore inaccessible. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Wintrust Bank<br>4343 N Elston Ave<br>Chicago, IL 60641 |
| 26d.2.   FirstMerit Bank<br>4012 N. Pulaski<br>Chicago, IL 60641 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1<br>. Lisa F. Kelly (informal inventory for preparation of bankruptcy schedules) | 5/22/18 | No total dollar amount compiled. |

| Name and address of the person who has possession of inventory records |
|---|
| Lisa Fosler Kelly<br>4033 West Waveland<br>Chicago, IL 60641 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lisa Fosler Kelly | 4033 West Waveland<br>Chicago, IL 60641 | Managing member. | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

Debtor   SALTY SAILOR, LLC _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Jennifer Wisniewski | 4320 North Tripp<br>Chicago, IL 60641 | Managing member. | 1/25/10 through approximately 5/3/17, when she resigned and abandoned her membership interest. |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    SALTY SAILOR, LLC _____    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 11, 2018
_____

_____    Lisa Fosler Kelly
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Sole Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   SALTY SAILOR, LLC

Debtor(s)

Case No.

Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                   84

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   6/11/18

Lisa Fosler Kelly/Sole Managing Member
Signer/Title

Algis Augustine
1850 N Sedgwick
Chicago, IL 60614


American Express
PO Box 981555
El Paso, TX 79998


American Family Insurance
6000 American Pkwy
Madison, WI 53783


ASCAP
PO Box 331608
Nashville, IL 37203


Asimow Landscaping
2334 W Argyle
Chicago, IL 60625


at properties
212 E Ohio
Suite 200
Chicago, IL 60611


AT&T
PO Box 6463
Carol Stream, IL 60197


AT&T
PO Box 5014
Carol Stream, IL 60197


Bank of America
PO Box 982234
El Paso, TX 79998


Best Refrigeration
2600 W Peterson
Chicago, IL 60659


C. Ruffolo & Sons, Inc
3000 S Ashland
Chicago, IL 60608

CACH, LLC/On-Deck Financing
901 N Stuart St
Suite 700
Arlington, VA 22203


Chase
PO Box 15123
Wilmington, DE 19850


Chase
PO Box 15298
Wilmington, DE 19850


City of Chicago-Bus Affairs
121 N LaSalle St
Room 800
Chicago, IL 60602


City of Chicago-Water
PO Box 6330
Chicago, IL 60680


ComEd
PO Box 6111
Carol Stream, IL 60197


Corporate Turnaround
95 North Route 17
Suite 310
Paramus, NJ 07652


Dave Odd Produce
6037 N Lawndale
Chicago, IL 60659


Dealstruck, Inc.
1901 Camino Vida Roble
Suite 120
Carlsbad, CA 92008


Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Direct Lending Investments, LLC
550 North Brand Blvd.
20th fl., Suite 2000
Glendale, CA 91203


Direct TV
PO Box 5006
Carol Stream, IL 60197


DLI Assests/Mybusinessloan.com
1150 Foothill Blvd.
La Canada, CA 91011


Elavon
7300 Chapman HWY
Knoxville, TN 37920


Empire Cooler Service, Inc.
940 W Chicago Ave
Chicago, IL 60642


Fortune Fish
PO Box 88477
Chicago, IL 60680


Gail & Scott Fosler
4104 Woodbine St
Chevy Chase, MD 20815


Gilt City
250 Vesey Street, 21st Floor
New York, NY 10281


Go Daddy
14455 N Hayden Rd
Suite 219
Scottsdale, AZ


Great American Cheese
1400 W 46th Street
Suite 202
Chicago, IL 60609

Gregg Garofalo
161 N Clark Street
Suite 1600
Chicago, IL 60601


Groupon
600 West Chicago Ave
Suite 400
Chicago, IL 60654


Heritage Wine Cellars
6600 W Howard St
Chicago, IL 60714


Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
101 West Jefferson St
PO Box 19015
Springfield, IL 62794


Illinois Dept of Employment Security
33 S State St.
10th Fl
Chicago, IL 60606


Illinois Dept of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Inner Security
418 Treasure Drive
Oswego, IL 60543


Intelligent Cleaning Solutions Inc.
833 62nd Street
Downer's Grove, IL 60516


Intuit Inc.
2700 Coast Ave
Mountain View, CA 94043

Iver Clarence Johnson
9357 North Shermer
Morton Grove, IL 60053


Iver Clarence Johnson Trust
5304 N Milwaukee Ave
Chicago, IL 60630


Iver Johnson and Janet Johnson Trusts
9357 North Shermer Road
Morton Grove, IL 60053


Janet Lee Johnson Trust
c/o Iver Clarence Johnson
9357 North Shermer
Morton Grove, IL 60053


Jennifer Wisniewski
4320 North Tripp
Chicago, IL 60641


Lisa Fosler Kelly
4033 West Waveland
Chicago, IL 60641


Local Foods
1427 W Willow St
Suite 1
Chicago, Il 60642


Louis Glunz Wines
630 Margate Dr
Lincolnshire, IL 60069


Mahoney Environmental
37458 Eagle Way
Chicago, IL 60678


Marc Lichtman, Esq.
Lichtman Eisen Partners, Ltd.
134 N. LaSalle St., Suite 750
Chicago, IL 60602

Media Collections, Inc.
8948 Canyon Falls Blvd.
Suite 200
Twinsburg, OH 44087


Meredith O'Sullivan
4061 W Warwick Ave
Chicago, IL 60641


Metropolis Coffee
3057 N Rockwell St
Bldg 1R
Chicago, IL 60618


Mickey's Linen
4601 W Addison Street
Chicago, IL 60641


MT Foods/Chef's Warehouse
2801 W Western Ave
Chicago, IL 60608


Mybusinessloan.com, LLC
1901 Camino Vida Roble
Suite 120
Carlsbad, CA 92008


National Commercial Services
6644 Valjean Ave
Suite 100
Van Nuys, CA 91406


National Commercial Services
PO Box 505
Linden, MI 48451-0505


Nigel Cheetham
63 Mohican PK Ave
Dobbs Ferry, NY 10522


Northland Group
PO Box 390900
Minneapolis, MN 55439

Northwest Meats
351 N Justine Street
Chicago, IL 60607


Open Table
954 W Washington
Suite 320
Chicago, IL 60607


Pastoral
2021 W Fulton St
K-114
Chicago, IL 60612


People's Gas
PO Box 2968
Milwaukee, WI 53201


Quality Filter
554 Anderson Dr. H
Romeoville, IL 60446


R&F Refrigeration
45 N Lincoln Ave
Addison, IL 60101


Republic Services
2608 S Damen Ave
Chicago, IL 60608


Rewards Network
2 N. Riverside Plaza
Suite 200
Chicago, IL 60606


Rose Pest Solutions
1809 W North Ave
Chicago, IL 60622


Sara Wisniewski
3920 N Dakin St
Chicago, IL 60618

Sears Credit Cards
PO Box 6282
Sioux Falls, SD 57117


Service Inc Refrigeration
5638 N Elston Ave
Chicago, IL 60645


Silverware POS
450 East 22nd Street
Suite 176
Lombard, IL 60418


Southern Glazers of IL
2971 Collection Center DR
Chicago, IL 60693


Stanley Joseph Czaja, Esq.
7521 N. Milwaukee Ave
Niles, IL 60714


Stuever & Sons
330 W Fay Ave
Unit B
Addison, IL 60101


Temp4Sure
2900 N Central Ave
Chicago, IL 60634


Testa Produce
4555 S Racine Ave
Chicago, IL 60609


US Bank
PO Box 790288
St Louis, MO 63179


Webster Powell
320 E Ohio St
Chicago, IL 60611

William Knox, Esq.
Law Offices of William R. Knox
4407 N. Elston Ave
Chicago, IL 60630


Windy City Distribution
1103 Butterfield Rd
Aurora, IL 60502


Wintrust Bank
4343 N Elston Ave
Chicago, IL 60641